DAVID H. KRAMER State Bar No. 168452
AMIT Q. GRESSEL State Bar No. 307663
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone:   (650) 493-9300
Facsimile:    (650) 565-5100
Email:  dkramer@wsgr.com, agressel@wsgr.com

Attorneys for Defendants
Google LLC and YouTube, LLC

UNITED STATES DISTRICT COURT

NORTHER DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ENHANCED ATHLETE INC.,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE LLC and YOUTUBE, LLC,<br><br>Defendants. | CASE NO.: 4:19-cv-08260-HSG<br><br>**STIPULATION EXTENDING TIME TO RESPOND TO THE COMPLAINT**<br>Civil Local Rule 6-1(a)<br><br>Honorable Haywood S. Gilliam Jr. |

Under Rule 6-1(a) of the Local Rules of the United States District Court, Northern District of California, Plaintiff Enhanced Athlete Inc. and Defendants Google LLC and YouTube, LLC. stipulate to an extension of time for Defendants to answer or otherwise respond to Plaintiff's Complaint. Defendants' response shall be due on or before Monday, March 2, 2020.

Dated: January 21, 2020

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/ David H. Kramer
    David H. Kramer
    dkramer@wsgr.com

*Attorneys for Defendants*
GOOGLE LLC and YOUTUBE, LLC

Dated: January 21, 2020

FRY LAW CORPORATION

By: /s/ Christopher J. Fry
    Christopher J. Fry
    cfry@frylawcorp.com

*Attorneys for Plaintiff*
ENHANCED ATHLETE INC.

### SIGNATURE ATTESTATION

I, David H. Kramer, hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing on this e-filed document.

By: /s/ David H. Kramer
    David H. Kramer