DAVID H. KRAMER, (SBN 168452)
AMIT GRESSEL (SBN 307663)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 493-6811
Email: dkramer@wsgr.com; agressel@wsgr.com

BRIAN M. WILLEN (admitted *pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue of the Americas, 40th Floor
New York, NY 10019-6022
Telephone: (212) 999-5800
Facsimile: (212) 999-5899
Email: bwillen@wsgr.com

Attorneys for Defendants
Google LLC and YouTube, LLC

UNITED STATES DISTRICT COURT

NORTHER DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ENHANCED ATHLETE INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GOOGLE LLC and YOUTUBE, LLC,<br><br>　　　　Defendants. | CASE NO.: 4:19-cv-08260-HSG<br><br>**STIPULATION AND ORDER RE BRIEFING SCHEDULE AND TO VACATE CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES**<br><br>Civil Local Rule 6-1(a)<br><br>Honorable Haywood S. Gilliam Jr. |

| | |
|---|---|
| 1 | WHEREAS, Plaintiff filed a complaint in *Enhanced Athlete Inc. v. YouTube LLC and Google LLC*, 4:19-cv-08260 on December 19, 2019; |
| 3 | WHEREAS, Defendants were served on January 9, 2020; |
| 4 | WHEREAS, the Court set an Initial Case Management Conference for this case on March 24, 2020 at 2:00 p.m.; |
| 6 | WHEREAS, on March 2, 2020 Defendants filed a Motion to Dismiss Plaintiff's Complaint setting the Motion Hearing on April 30, 2020 at 2:00 p.m.; |

The parties have agreed to extend the time for Plaintiff to respond to Defendants' Motion to Dismiss and to vacate the Case Management Conference and related deadline spending resolution of challenges to the pleadings.

It is therefore STIPULATED and AGREED, subject to Court approval, that:

1. Plaintiff shall file and serve any opposition to Defendants' Motion to Dismiss by March 23, 2020.
2. Defendant shall file and serve any reply in support of Defendants' Motion to Dismiss by April 6, 2020.
3. The Case Management Conference and related deadlines shall be vacated pending a decision by the Court on the pending motion to dismiss.

Dated: March 2, 2020　　　　　　　　　　WILSON SONSINI GOODRICH & ROSATI
　　　　　　　　　　　　　　　　　　　　Professional Corporation


By: */s/ Brian M. Willen*
　　　Brian M. Willen
　　　bwillen@wsgr.com

*Attorneys for Defendants*
GOOGLE LLC and YOUTUBE, LLC

Dated: March 2, 2020　　　　　　　　　　FRY LAW CORPORATION


By: */s/ Christopher J. Fry*
　　　Christopher J. Fry
　　　cfry@frylawcorp.com

*Attorneys for Plaintiff*
ENHANCED ATHLETE INC.

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated this 16th day of March 20, 2020

_____
THE HONORABLE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE