1  Christopher J. Fry, Esq. (SBN: 298874)
      *Email:* cfry@frylawcorp.com
2  **FRY LAW CORPORATION**
   980 9th Street, 16th Floor
3  Sacramento, California 95814
   Telephone: (916) 291-0700
4  Facsimile: (916) 848-0256

5  Attorneys for Plaintiff,
   **ENHANCED ATHLETE INC.,**
6  **a Nevada corporation**

7  DAVID H. KRAMER State Bar No. 168452
   AMIT Q. GRESSEL State Bar No. 307663
8  **WILSON SONSINI GOODRICH & ROSATI**
   **Professional Corporation**
9  650 Page Mill Road
   Palo Alto, CA 94304-1050
10 Telephone: (650) 493-9300
   Facsimile: (650) 565-5100
11 Email: dkramer@wsgr.com, agressel@wsgr.com

12 BRIAN M. WILLEN (admitted *pro hac vice*)
   **WILSON SONSINI GOODRICH & ROSATI**
13 **Professional Corporation**
   1301 Avenue of the Americas, 40th Floor
14 New York, NY 10019-6022
   Telephone: (212) 999-5800
15 Facsimile: (212) 999-5899
   Email: bwillen@wsgr.com

16
   Attorneys for Defendants
17 **Google LLC and YouTube, LLC**

# UNITED STATES DISTRICT COURT

## IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENHANCED ATHLETE INC., a Nevada corporation,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>YOUTUBE, LLC, a Delaware limited liability company; GOOGLE LLC, a Delaware limited liability company,<br><br>　　　　Defendants. | **CASE NO.:** 4:19-cv-08260-HSG<br><br>**JOINT STIPULATION AND ORDER FOR VOLUNTARY DISMISSAL OF ACTION**<br><br>**F.R.C.P. 41(a)(1)(A)(ii)**<br><br>**Trial:** Not set<br><br>**Action Filed:** December 19, 2019 |

**JOINT STIPULATION FOR VOLUNTARY DISMISSAL**

1    IT IS HEREBY AGREED, between Plaintiff ENHANCED ATHLETE INC., a Nevada corporation ("Plaintiff"), and Defendants YOUTUBE, LLC, a Delaware limited liability company and GOOGLE LLC, a Delaware limited liability company (collectively "Defendants"), through their respective counsel of record, as follows:

1. Pursuant to F.R.C.P. 41(a)(1)(A)(ii), Plaintiff hereby dismisses this entire action with prejudice.
2. Plaintiff and Defendants agree to each bear their own attorney's fees and costs incurred in this action and waive any right to seek such fees or costs against the other parties.

DATED: September 10, 2020    **FRY LAW CORPORATION**

By: _/s/ Christopher J. Fry_
Christopher J. Fry, Esq.
*Attorney for Plaintiff*

DATED: September 10, 2020    **WILSON SONSINI GOODRICH & ROSATI**

By: _/s/Brian M. Willen_
Brian M. Willen, Esq.
*Attorney for Defendants*

---

**JOINT STIPULATION FOR VOLUNTARY DISMISSAL**
Case No. 4:19-cv-08260-HSG
1

**ORDER**

Based upon the Stipulation submitted by and between Plaintiff ENHANCED ATHLETE INC., a Nevada corporation ("Plaintiff"), and Defendants YOUTUBE, LLC, a Delaware limited liability company and GOOGLE LLC, a Delaware limited liability company (collectively "Defendants"), it is hereby **ORDERED**:

1. This action is dismissed with prejudice pursuant to F.R.C.P. 41(a)(1)(A)(ii).
2. The parties are to each bear their own attorney's fees and costs incurred in this action.

DATED:  9/11/2020

By: *Haywood S. Gilliam Jr.*
HAYWOOD S. GILLIAM, JR.
United States District Judge